B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

<u>  Southern  </u>   District Of <u> New York  </u>

**In re:** Carole Richards

                        Case No. 17-12378

**Debtor**                          Chapter <u>13</u>

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ........................................................ ..$ <u>550 per hour</u>

   Prior to the filing of this statement I have received ................................................$ <u>117,745</u>

   Balance Due ......................................................................................................$ <u>486,039       </u>

2. The source of the compensation paid to me was:

     <u>X</u> Debtor       __ Other (specify)

3. The source of compensation to be paid to me is:

     <u>X</u> Debtor       __ Other (specify)

4.   <u>X</u> I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy [Note: I was not representing the debtor when she filed for bankruptcy on August 28, 2017.]

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof [Note: I was not representing the debtor regarding her bankruptcy filing at the time she appeared at the meeting of creditors.];

B2030 (Form 2030) (12/15)

      d.    Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

      e.    [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee(s) do not include the following services:

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

/s/ *M. Bradford Randolph*
_____
M. Bradford Randolph

M. Bradford Randolph Esq. PLLC

July 30, 2020