| UNITED STATES BANKRUPTCY COURT | HEARING DATE: October 29, 2020 |
| SOUTHERN DISTRICT OF NEW YORK | HEARING TIME: 9:00 a.m. |
| -------------------------------------------------------- x | OBJECTION DEADLINE: October 22, 2020 |
| In re: | Case No. 17-12378 (CGM) |
| CAROLE RICHARDS, aka Carole Richards-Branch, dba Horizon Property Management, | (Chapter 13) |
| Debtor. | |
| -------------------------------------------------------- x | |

**UNITED STATES TRUSTEE'S MOTION FOR REVIEW OF FEES UNDER
11 U.S.C. §§ 329 AND 330(a)(4)(B) AND FEDERAL RULES OF BANKRUPTCY
PROCEDURE 2016(b) AND 2017(b); AND NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that a hearing on the United States Trustee's Motion for Review of Fees under 11 U.S.C. §§ 329 and 330(a)(4)(B) and Federal Rule of Bankruptcy Procedure 2016(b) and 2017(b) (the "Motion") will be held before the Honorable Cecelia G. Morris, Chief United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York, Poughkeepsie Division, 355 Main Street, Poughkeepsie, New York, **on October 29, 2020, at 9:00 a.m.**, or as soon thereafter as Counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that pursuant to General Order M-543 regarding Corona Virus/Covid-19 Pandemic, Court Operations under the Exigent Circumstances Created by Covid-19, the hearing on the Motion will be conducted telephonically. All attorneys, witnesses, and parties wishing to appear at, or attend, a telephonic hearing must refer to the Court's guidelines for telephonic appearances and make arrangements with Court Solutions, LLC. *Pro se* parties may participate telephonically in hearings free of charge through Court Solutions.

1

**PLEASE TAKE FURTHER NOTICE** that responsive papers shall be filed with the Court and served on the United States Trustee, via email, to Alicia.M.Leonhard@usdoj.gov, no later than seven days prior to the return date. Responsive papers shall conform to the Federal Rules of Bankruptcy Procedure, identify the party submitting the response, and specify the rules, statutory provisions, and legal authority that support the response.

| | |
|---|---|
| Dated: New York, New York<br>October 14, 2020. | WILLIAM K. HARRINGTON<br>UNITED STATES TRUSTEE, REGION 2<br><br>By: */s/ Alicia M. Leonhard*<br>    Alicia M. Leonhard<br>    Trial Attorney<br>    Leo O'Brien Federal Building<br>    11A Clinton Avenue, Room 620<br>    Albany, New York 12207<br>    Direct Telephone: 202.495.9929<br>    Albany Office Telephone: 518.434.4553<br>    Email: Alicia.M.Leonhard@usdoj.gov |