| UNITED STATES BANKRUPTCY COURT | HEARING DATE: October 29, 2020 |
| SOUTHERN DISTRICT OF NEW YORK | HEARING TIME: 9:00 a.m. |
| ------------------------------------------------- x | OBJECTION DEADLINE: October 22, 2020 |
| In re: | Case No. 17-12378 (CGM) |
| CAROLE RICHARDS, aka Carole Richards-Branch, dba Horizon Property Management, | (Chapter 13) |
| Debtor. | |
| ------------------------------------------------- x | |

# DECLARATION OF ALICIA M. LEONHARD

I, Alicia M. Leonhard, hereby declare under penalty of perjury as follows:

1. I am a Trial Attorney with the Office of the United States Trustee, Albany, New York.

2. My Office assigned this case to me pursuant to my duties as Trial Attorney.

3. I make this Declaration based on personal knowledge without waiving the attorney-client privilege, the work product protection, and other applicable privileges and protections.

4. Attached to this Declaration as Exhibits 1-4 are true and correct copies of the following documents that I personally downloaded from the ECF Docket of the above-captioned chapter 13 case:

| | |
|---|---|
| Exhibit 1 | UCC-Financing Statement, recorded on December 19, 2019, against 60 E. 126th Street, New York, N&, and Security Agreement |
| Exhibit 2 | UCC-Financing Statement, recorded on May 13, 2020, against 3 E. 128th Street, New York, NY |
| Exhibit 3 | Letter, filed on June 17, 2020, from M. Bradford Randolph, Esq. to the Honorable Celia G. Morris |
| Exhibit 4 | Disclosure of Compensation of Attorney for Debtor, filed on July 30, 2020, by M. Bradford Randolph, Esq. |

Dated: New York, New York  
       October 14, 2020.

By: */s/ Alicia M. Leonhard*  
    Alicia M. Leonhard  
    Trial Attorney

Albany, New York 12207  
Direct Telephone: 202.495.9929  
Albany Office Telephone: 518.434.4553  
Email: Alicia.M.Leonhard@usdoj.gov